HARTNETT, Respondent, v. DELAWARE, L. & W. R. CO., Appellant (Supreme Court, Appellate Division, Fourth Department. July 9, 1907.) Action by Minnie Hartnett against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order reversed, and a new trial ordered in the City Court of the city of Fulton on the 25th day of July, 1907, with costs in this and the County Court,

unless the plaintiff stipulates to reduce the verdict to the sum of $20 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and affirmed, without costs to either party in this and the County Court.

KRUSE, J., dissents.